UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>BRIAN ZAMORA,<br><br>      Defendant. | CASE NO. 1:20-MJ-86-EPG<br><br>**UNSEALING ORDER** |

Good cause appearing due to the defendant's pending initial appearance in the Eastern District of California, it is hereby ordered that the Complaint, arrest warrant, and related court filings in the above matter, be UNSEALED.

DATED: August __17_, 2020

                 /s/ ERICA P. GROSJEAN
                 ERICA P. GROSJEAN
                 UNITED STATES MAGISTRATE JUDGE